IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:11cv596-WHA |
| DARREN BRITTON, | ) (WO) |
| Defendant. | ) |

## **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #3), entered on July 28, 2011, the Recommendation is adopted, and it is hereby

ORDERED that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama, pursuant to the provisions of 28 U.S.C. § 1404. The clerk is DIRECTED to take appropriate steps to effect the transfer.

DONE this 22nd day of August, 2011.

 /s/ W. Harold Albritton
 W. HAROLD ALBRITTON
 SENIOR UNITED STATES DISTRICT JUDGE